UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1711 PAM/SRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

LISSA A. PERKINS,

Defendant.

ORDER

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 3rd day of April, 2001.

UNITED STATES MAGISTRATE JUDGE

FILED APR 03 2001
FRANCIS E. DOSAL, CLERK